No. 95–175. FLETCHER'S FINE FOODS, LTD. *v.* GATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–180. LAWRENCE PAPER CO. *v.* GOMEZ, KANSAS WORKERS COMPENSATION DIRECTOR, ET AL. Sup. Ct. Kan. Certiorari denied.

No. 95–181. UNION UNDERWEAR CO., INC., DBA FRUIT OF THE LOOM *v.* SCEARCE ET AL. Sup. Ct. Ky. Certiorari denied.

No. 95–182. TRIDENT ASSOCIATES LIMITED PARTNERSHIP *v.* METROPOLITAN LIFE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 95–183. BRAZIL-BREASHEARS *v.* BILANDIC ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–185. FLORIO ET UX. *v.* SKOREPA ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–186. RUEBEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–187. POINTON *v.* CITY OF CHOCTAW ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–188. ROBERTS *v.* SOUTH CAROLINA ET AL. Sup. Ct. S. C. Certiorari denied.

No. 95–189. SANDHAUS ET AL. *v.* WEINREICH. C. A. 2d Cir. Certiorari denied.

No. 95–197. NELSON ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–198. DAUBERT ET UX., INDIVIDUALLY AND AS GUARDIANS AD LITEM FOR DAUBERT, ET AL. *v.* MERRELL DOW PHARMACEUTICALS, INC. C. A. 9th Cir. Certiorari denied.

No. 95–200. MAGLUTA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.